**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles Lee BOUIE, Defendant–
Appellant.**

No. 04–15439
Non–Argument Calendar.
D.C. Docket No. 03–00056–CR–1–MMP.

United States Court of Appeals,
Eleventh Circuit.

Dec. 16, 2005.

Robert Augustus Harper, Jr., Tallahassee, FL, for Defendant–Appellant.

Francis Todd Williams, Gainesville, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Charles Lee Bouie, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bouie's conviction and sentence are **AFFIRMED.** Moreover, because there are no arguable issues of merit for appeal, Bouie's *pro se* request for appointment of counsel is **DENIED.**